Third Appellate Department, March, 1900. Reported. 48 App. Div. 638.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAHAR W. DECKER, Respondent, v. JEHIEL W. DECKER, County Treasurer of Sullivan county, Appellant.

Order affirmed, with ten dollars costs and disbursements.

All concurred.

No opinion.

Third Appellate Department, March, 1900. Reported. 48 App. Div. 638.

In the Matter of the Petition of HENRY H. LYMAN, for an Order Revoking and Cancelling a Liquor Tax Certificate, Issued to M. A. SUNDERLAND.

THIS is an appeal from an order revoking and cancelling liquor tax certificate in proceedings instituted under subdivision 2 of section 28 of the Liquor Tax Law.

*J. W. Atkinson,* attorney for appellant.

Only one of the offenses charged, to wit: the sale on Sunday, is a trafficking in liquors, the other alleged offenses are violations of the law, but not acts of trafficking in liquors, conviction for which cause a forfeiture of a certificate. (*People* v. *Chase,* 41 App. Div. 12.)

The alleged sale on Sunday by the holder of the certificate is not proven; there is no connection shown between holder of certificate and the person making the sale; even if such connection were shown, there must be two convictions of agent or servant before certificate can be revoked. (Subdivision 3, sec. 34, Liquor Tax Law.)

Forfeiture of the certificate follows only in the cases where there is a judgment of conviction. (*Matter of Lyman* v. *Malcolm Brewing Co.,* 160 N. Y. 96.)

*William E. Schenck,* attorney for respondent.